**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| NISSIM ASSOULINE, | : No. 247 WAL 2018 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| JACQUELINE REYNOLDS AND | : |
| CHARLES REYNOLDS, | : |
| | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of January, 2019, the Petition for Allowance of Appeal is

**GRANTED**. The issue, rephrased for clarity, is:

        Whether the Superior Court erred in determining that the magisterial district court had subject matter jurisdiction where the Appellee filed a landlord tenant action but there was no landlord and no lease.